

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00518-CV

_____

IN THE INTEREST OF D.G., A CHILD

On Appeal from the 324th District Court
Tarrant County, Texas
Trial Court No. 324-598419-16

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered the parties' joint "Notice of Settlement and Request for Remand" seeking dismissal of this appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: April 10, 2025